# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1191
_____

SHELBY BURCH and MARGARET
MILSTEAD-BURCH,

Appellants,

v.

CHERYL M. DAVIS and TRAVIS G.
DAVIS,

Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

May 10, 2018

PER CURIAM.

DISMISSED. The Court declines to relinquish jurisdiction as requested by the Appellant in the response to the Court's March 27, 2018, order. *See Demont v. Demont*, 24 So. 3d 699 (Fla. 1st DCA 2009) (dismissing appeal rather than allowing lower court to enter a final order where an indeterminate amount of judicial labor remained to be done before a final order could be entered).

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


John W. Wesley of Wesley, McGrail & Wesley, Fort Walton Beach, for Appellants.

Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellees.